IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES DEPARTMENT OF LABOR,
LORI CHAVEZ-DEREMER, SECRETARY,

        Plaintiff,

v.                                     Case No. 24-2292-JWB

GUESS & CO. KANSAS, L.L.C., d/b/a GUESS &
CO. CORPORATION and JERRY D. GUESS,
individually,

        Defendants.

## PERMANENT INJUNCTION

This court, having considered the record in this matter, finds that Guess & Co. has been found liable for violations of the Fair Labor Standards Act ("FLSA"), specifically under 29 U.S.C. §§ 206, 207, and § 211(c).  Pursuant to Federal Rule of Civil Procedure 55, a default judgment against Guess & Co. has been entered contemporaneously herewith, upon Guess & Co.'s failure to appear, plead, or otherwise defend in this action.  Having found that the Secretary of Labor is entitled to permanent injunctive relief pursuant to 29 U.S.C. § 217, which authorizes this court to restrain violations of the FLSA,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, Guess & Co., their officers, agents, servants, employees, successor companies, parties in interest, and all persons and entities acting at their direction or in concert or participation with them, are permanently enjoined and restrained from violating the FLSA, including through any of the following manners:

1. Guess & Co. shall not, contrary to 29 U.S.C. §§ 206 and 215(a)(2), fail to pay any of its employees who in any workweek are engaged in commerce or the production of goods for

1

commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, wages at rates not less than $7.25 per hour, or any rate subsequently made applicable by amendment to the FLSA;

2. Guess & Co. shall not, contrary to 29 U.S.C. §§ 207 and 215(a)(2), employ any of its employees who in any workweek are engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, for workweeks longer than 40 hours, unless said employees receive compensation for their employment in excess of 40 hours at a rate equivalent to one and one-half times the regular rate at which they are employed;

3. Guess & Co. shall not, contrary to 29 U.S.C. §§ 211(c) and 215(a)(5), fail to make, keep and preserve adequate and accurate records of its employees, and of the wages, hours, and other conditions and practices of employment maintained by it, as prescribed by the Regulations issued pursuant to 29 U.S.C. §§ 211(c) and 215(a)(5) and found at 29 C.F.R. Part 516, as from time to time amended.

IT IS SO ORDERED.  Dated this 24th day of April, 2026.

_s/ John W. Broomes_____ _____
JOHN W. BROOMES
CHIEF UNITED STATES DISTRICT JUDGE

2